UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 10-30535 |
|---|---|
|    Jesse J Webber II | (Chapter 13) |
|    Tammy K Webber | |
|                       Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072042**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 38/ 68 | DR PEPPER SNAPPLE GROUP<br>BOX 385<br>WRIGHT BROTHERS STATION<br>DAYTON, OH  45402 | 79.12 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

| | Certificate of Service | 10-30535 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Jesse J Webber II
Tammy K Webber
747 Harnam Court
Miamisburg, OH  45342

SCOTT A KRAMER
2275 MIAMISBURG-CENTERVILLE RD
SUITE 400
DAYTON, OH  45459

(63.1n)
ART HOLLENCAMP
130 W. SECOND STREET
SUITE 2107
DAYTON, OH  45402

(68.1)
DR PEPPER SNAPPLE GROUP
BOX 385
WRIGHT BROTHERS STATION
DAYTON, OH  45402

(68.4)
DR. PEPPER/SNAPPLE GROUP
950 STELZER RD
COLUMBUS, OH  43219

(56.1n)
HSBC BANK NEVADA NA
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(73.1n)
JAMES H CANNON ESQ
BARREN & MERRY CO LPA
110 POLARIS PARKWAY SUITE 302
WESTERVILLE, OH  43082

(62.1n)
John G. Jansing, Esq.
Hedrick & Jordan
124 E. Third Street
Dayton, OH  45402-0550

(67.1n)
STEVEN F STUHLBARG
7809 SHADOWHILL WAY
CINCINNATI, OH  45242

(53.1n)
THOMAS R MERRY
BARREN & MERRY CO LPA
110 POLARIS PARKWAY SUITE 302
WESTERVILLE, OH  43082

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv